IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) PLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:14-cv-02018<br>) Judge Trauger |
| MP&T HOTELS, LLC doing business as<br>Knights Inn Lebanon, et al., | )<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

The court is informed that there is no opposition to the Plaintiff's Motion for Dismissal Pursuant to Rule 41 (Docket No. 27). It is therefore ORDERED that this motion is GRANTED, and this case is dismissed without prejudice.

It is so **ORDERED.**

Enter this 28th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge